**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SENECA SPECIALTY INSURANCE COMPANY,** | § § § | |
| *PLAINTIFF*, | § § | |
| **v.** | § § | |
| **RANDY E. CHAPPELL, VINTON HOOKAH LOUNGE, LLC D/B/A ANGELS, AARON MICHAEL WARREN, AND, FELICA MANUEL, INDIVIDUALLY AND AS NEXT FRIEND OF NOAH MANUEL AND ON BEHALF OF THE ESTATE OF DAMIEN MANUEL** | § § § § § § § § § | **CIVIL ACTION NO. 1:20-cv-222-MAC** |
| *DEFENDANTS*. | § | |

**PLAINTIFF SENECA SPECIALY INSURANCE COMPANY'S REQUEST FOR ENTRY**
**OF CLERK'S DEFAULT AGAINST DEFENDANT AARON MICHAEL WARREN**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Seneca Specialty Insurance Company ("Seneca") requests that the Clerk of Court enter default against Defendant Aaron Michael Warren on the ground that he has failed to answer or otherwise appear within the time prescribed by the Federal Rules of Civil Procedure.

**I.**

On May 22, 2020, Seneca filed a Complaint for Declaratory Judgment against Defendants Vinton Hookah Lounge, LLC d/b/a Angels ("Angels"), Randy Chappell, and Aaron Michael Warren ("Warren"). Doc. 1. Seneca properly served Warren with the summons and complaint on May 27, 2020. Doc. 3. The Return of Service for Warren was filed on June 2, 2020. Doc. 3. Mr. Warren's deadline to file an answer or otherwise appear was June 17, 2020, pursuant to Fed. R. Civ. P. 12(a). Mr. Warren has not filed an answer or otherwise appeared in this case to date.

1

Accordingly, the Clerk of Court must enter a default against Warren. Fed. R. Civ. P. 55(a); *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996); Ex. 1. Mr. Warren is not a minor, is competent, and is not a member of the military on active service, as confirmed by the Affidavit in compliance with the Servicemembers Civil Relief Act. Ex. 1.

Based upon the foregoing, Plaintiff Seneca Specialty Insurance Company respectfully requests that the Clerk of Court enter a default against Defendant Aaron Michael Warren pursuant to Fed. R. Civ. P. 55(a).

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By:    */s/ Christina A. Culver* _____
   BRIAN S. MARTIN
   Texas State Bar No. 13055350
   Email: bmartin@thompsoncoe.com
   CHRISTINA A. CULVER
   Texas State Bar No. 24078388
   Email: cculver@thompsoncoe.com
   SHELBY RAYE JEFFCOAT
   Texas State Bar No. 24106140
   Email: srjeffcoat@thompsoncoe.com
   One Riverway, Suite 1400
   Houston, Texas   77056
   (713) 403-8282 Telephone
   (713) 403-8299 Telecopier

   **ATTORNEYS FOR PLAINTIFF SENECA SPECIALTY INSURANCE COMPANY**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on July 28, 2020.

   */s/ Christina A. Culver*
   Christina A. Culver

8208345v3
05061.206