# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **SENECA SPECIALTY INSURANCE COMPANY,** | § § § | |
| *PLAINTIFF*, | § § | |
| v. | § § | |
| **RANDY E. CHAPPELL, VINTON HOOKAH LOUNGE, LLC D/B/A ANGELS, AARON MICHAEL WARREN, AND, FELICA MANUEL, INDIVIDUALLY AND AS NEXT FRIEND OF NOAH MANUEL AND ON BEHALF OF THE ESTATE OF DAMIEN MANUEL** | § § § § § § § § § | **CIVIL ACTION NO. 1:20-cv-222-MAC** |
| *DEFENDANTS*. | § | |

## CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT AARON MICHAEL WARREN

After considering Plaintiff Seneca Specialty Insurance Company's Request for Entry of Clerk's Default Against Defendant Aaron Michael Warren, proof of Service of Summons, the affidavit of Christina Culver, and other evidence on file, the Clerk,

**FINDS** that the record supports the entry of default and **ORDERS** that a default be entered against Defendant Aaron Michael Warren in the above-referenced action.

Signed on this 29th day of July, 2020.

_____
Deputy Clerk

3

8208345v3
05061.206