IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **SENECA SPECIALTY INSURANCE COMPANY,** | § § | |
| *Plaintiff,* | § | |
| v. | § § | **CIVIL ACTION NO. 1:20-CV-222** |
| **RANDY E. CHAPPELL, VINTON HOOKAH LOUNGE, LLC D/B/A ANGELS, AARON MICHAEL WARREN, AND FELICA MANUEL INDIVIDUALLY AND AS NEXT FRIEND OF NOAH MANUEL AND ON BEHALF OF THE ESTATE OF DAMIEN MANUEL,** | § § § § § § § § | |
| *Defendants.* | § | |

## PROPOSED ORDER ON DEFENDANT'S 12(B)(1) MOTION TO DISMISS

On this day came to be heard *Defendant **FELICA MANUEL**, Individually and as next friend of Noah Manuel and on behalf of the Estate of Damien Manuel's 12(b)(1) Motion to Dismiss For Lack of Subject Matter Jurisdiction* [Dkt. 33]. After considering the motion, the pleadings, responses, and arguments of counsel, the Court is of the opinion the Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED, that SENECA SPECIALTY INSURANCE COMPANY's Declaratory Judgment Action as to its duty to indemnify is dismissed without prejudice.